Thomas E. Willoughby (TW 4452)
HILL RIVKINS & HAYDEN LLP
45 Broadway, Suite 1500
New York, New York 10006-3739
(212) 669-0600

OFFICE COPY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

AL-ALAMIYAH FOR MANUFACTURING
TEMPERED GLASS CO.,

                Plaintiff,

   - against –

M/V MSC CAROLINA, her engines, tackle, boiler, etc.,
*in rem*, MEDITERRANEAN SHIPPING COMPANY
S.A. and CAROLINA, *in personam*,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Index No.:

**RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff (Private, Non-Governmental Parties) certify that the following are parent corporations and/or publicly held corporations that own 10% or more of Plaintiff's stock.

<u>NONE</u>

Dated: New York, New York
       November 13, 2007

                              HILL RIVKINS & HAYDEN
                              Attorneys for Plaintiff,

                              By: _____
                              Thomas E. Willoughby (TW 4452)
                              45 Broadway, Suite 1500
                              New York, New York 10006
                              (212) 669-0600