LYONS & FLOOD, LLP
65 West 36th Street, 7th Floor
New York, New York 10018
(212) 594-2400

Attorneys for Defendant
MEDITERRANEAN SHIPPING COMPANY, S.A.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
AL-ALAMIYAH FOR MANUFACTURING
TEMPERED GLASS CO.,

           Plaintiff,

   -against-

M/V MSC CAROLINA, her engines, tackle, boiler, etc., *in rem*, MEDITERRANEAN SHIPPING COMPANY S.A.; and CAROLINA, *in personam*,

           Defendant.
------------------------------------------------------------X

ECF Case

07 Civ. 10285 (HB)

**RULE 7.1**
**STATEMENT**

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Edward P. Flood, a member of the Bar of this Court and a partner in the firm of Lyons & Flood, LLP, attorneys for Defendant MEDITERRANEAN SHIPPING COMPANY, S.A., certifies upon information and belief that said Defendant is not a publicly held corporation in the United States and that there are no corporate parents, subsidiaries, or affiliates of the Defendant which are otherwise publicly held in the United States.

Dated: January 18, 2008
      New York, New York

                LYONS & FLOOD, LLP
                Attorneys for Defendant
                MEDITERRANEAN SHIPPING COMPANY, S.A.

By: _____
     Edward P. Flood (EPF-5797)
     65 West 36th Street, 7th Floor
     New York, New York 10018

U:\FLOODDOC\2549112\Pleadings\Rule 7.1-Carolina .doc

- 2 -

LYONS & FLOOD, LLP
65 West 36th Street, 7th Floor
New York, New York 10018
(212) 594-2400

Attorneys for Defendant
MEDITERRANEAN SHIPPING COMPANY, S.A.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
AL-ALAMIYAH FOR MANUFACTURING
TEMPERED GLASS CO.,

    Plaintiff,

 -against-

M/V MSC CAROLINA, her engines, tackle, boiler, etc.,
*in rem*, MEDITERRANEAN SHIPPING COMPANY
S.A.; and CAROLINA, *in personam*,

    Defendant.
-----------------------------------------------------------------X

ECF Case

07 Civ. 10285 (HB)

**RULE 7.1**
**STATEMENT**

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Edward P. Flood, a member of the Bar of this Court and a partner in the firm of Lyons & Flood, LLP, attorneys for Defendant MEDITERRANEAN SHIPPING COMPANY, S.A., certifies upon information and belief that said Defendant is not a publicly held corporation in the United States and that there are no corporate parents, subsidiaries, or affiliates of the Defendant which are otherwise publicly held in the United States.

Dated: January 18, 2008
      New York, New York

                              LYONS & FLOOD, LLP
                              Attorneys for Defendant
                              MEDITERRANEAN SHIPPING COMPANY, S.A.

                    By:    _____
                              Edward P. Flood (EPF-5797)
                              65 West 36th Street, 7th Floor
                              New York, New York 10018

U:\FLOODDOC\2549112\Pleadings\Rule 7.1-Carolina .doc